1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                                    EASTERN DISTRICT OF CALIFORNIA

10

11    J. RAYMOND MCCOY,                              CIV F   03-6925 REC LJO P

12          Plaintiff,
                                                     ORDER GRANTING REQUEST FOR
13          v.                                       EXTENSION OF TIME (Doc.  43)

14    ALAMEIDA, et. al.,

15          Defendants.
      _____/

16
              J. Raymond McCoy ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis
17
      in this civil rights action filed pursuant to 42 U.S.C. Section 1983.
18
              On January 9, 2005, Plaintiff filed a motion to extend time to submit an Amended Complaint
19
      as ordered by the Court on November 21, 2005.  Good cause having been presented to the court and
20
      GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED:
21
              Plaintiff is granted THIRTY (30) DAYS from the date of service of this order in which to
22
      file his Amended Complaint.  Plaintiff is reminded that requests for extension of time should be
23
      made prior to the expiration of the deadline and not after.
24
      IT IS SO ORDERED.
25
      **Dated:    January 11, 2006**              **_/s/ Lawrence J. O'Neill_**
26    b6edp0                                      UNITED STATES MAGISTRATE JUDGE

27

28