1

2

3

4

5

6            **IN THE UNITED STATES DISTRICT COURT**

7          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9    J. Raymond McCoy,                     )    No. 1:03-CV-6925-MHM
                                            )
10              Plaintiff,                  )    **ORDER**
                                            )
11   vs.                                    )
                                            )
12   Edward S. Alameida, Jr., et al.,       )
                                            )
13              Defendants.                 )
     _____       )

14

15        Pursuant to 28 U.S.C. § 1915A(a), when a prisoner files a civil rights complaint

16   seeking redress from a governmental entity, officer, or employee, the Court must screen the

17   complaint "as soon as practicable" after docketing. 28 U.S.C. § 1915A(a). If a plaintiff has

18   raised claims that are legally frivolous or malicious, fail to state a claim upon which relief

19   may be granted, or seek monetary relief from a defendant who is immune from such relief,

20   then the Court must dismiss the complaint or any portion thereof. 28 U.S.C. § 1915A(b)(1),

21   (2). At this time, the above-captioned case has not been statutorily screened. The Court

22   advises the parties that the Court is conducting statutory screening. The matter will proceed

23   following the issuance of the statutory screening order.

24        DATED this 28th day of January, 2009.

25

26

27   _____
                      Mary H. Murguia
                 United States District Judge
28